# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 25, 2025

## NO. 03-23-00867-CV

**Darin J. Bassett and Kimberly A. Bassett, Appellants**

**v.**

**Justin Byrn; Candace Byrn; Lauren O'Neal as the Executrix of the Estate of Donnie C. O'Neal; Property Consultants of Austin, Inc.; and JKB Construction Company, LLC, Appellees**

**APPEAL FROM THE 425TH JUDICIAL DISTRICT COURT OF WILLIAMSON COUNTY BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND KELLY AFFIRMED -- OPINION BY JUSTICE KELLY**

This is an appeal from the final judgment signed by the trial court on September 22, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's final judgment. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.